Opinion issued June 6, 2024



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00857-CV

—————————————

## IN RE CYPRESSWOOD RETAIL PARTNERS LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Cypresswood Retail Partners LLC, filed a petition for a writ of mandamus asserting that the trial court abused its discretion by: (1) denying relator's plea to the jurisdiction where there was no order expressly granting leave to join relator as a third-party defendant to the underlying suit and (2) denying relator "any right to conduct independent meaningful discovery . . . [and] ordering the parties to

trial less than [thirty] days[] after denying" relator's plea to the jurisdiction.[1] Relator requested that the Court issue a writ of mandamus directing the trial court to vacate the October 16, 2023 order denying its plea to the jurisdiction and reset the "matter for trial six months out."

Our review of relator's mandamus petition reflects that relator has failed to establish that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

---

[1] The underlying case is *Rafael Campos v. Wendy A. Buchannon*, Cause No. 2020-00186, in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.